IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEVONTE DONNELL CHAPPELLE HARRISON,

   Appellant,

               Case No. 5D21-3122
v.               LT Case No. 2013-CF-010065-A-O


STATE OF FLORIDA,

   Appellee.

_____/

Decision filed May 24, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Devonte Donnell Chappelle Harrison,
Perry, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

  AFFIRMED.



EVANDER, EDWARDS and SASSO, JJ., concur.